IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD COPE, #140414, <br><br> Plaintiff, <br><br> v. <br><br> NURSE FREDERICK, <br><br> Defendant. | CASE NO. 2:19-CV-194-WKW <br> [WO] |

# **ORDER**

On December 15, 2021, the Magistrate Judge filed a Recommendation (Doc. # 40) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 40) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to exhaust administrative remedies.

A final judgment will be entered separately.

DONE this 11th day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE